PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Desmond Jay Southerland, 
 Appellant. 
 
 
 

Appeal From Greenville 
 County
 Charles B. Simmons, Jr., Special 
 Circuit Court Judge

Unpublished Opinion 
 No. 2004-UP-353
 Submitted March 19, 2004  
 Filed May 27, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellant 
 Defender Wanda P. Hagler, 
 Office of Appellate Defense, 
 of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy
 Attorney    General John 
 W. McIntosh, Assistant Deputy 
 Attorney General Salley W. 
 Elliott, all of Columbia; and 
 Solicitor Robert M. Ariail, 
 of Greenville, for Respondent.
 
 
 

PER CURIAM:  Desmond Jay Southerland 
 was indicted of and subsequently pled guilty to possession of marijuana with 
 intent to distribute.  Southerlands appellate counsel submitted a petition 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Southerlands appeal is without merit.  Southerland did not file a pro se 
 brief with the court.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Southerlands 
 appeal and grant counsels motion to be relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., 
 concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.